# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2015

### NO. 03-13-00480-CV

**Roger Wisard and Katherine Armstrong, Appellants**

**v.**

**Henry Koenig and Janis Koenig d/b/a Rio Vista Resort, Appellees**

**APPEAL FROM COUNTY COURT OF LLANO COUNTY
BEFORE JUSTICES GOODWIN, FIELD, AND ABOUSSIE\*
AFFIRMED -- OPINION BY JUSTICE ABOUSSIE**

This is an appeal from the judgment signed by the trial court on June 18, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).